<a>
</a>

<u>
</u>

<s>

</s>

BRYAN CAVE LEIGHTON PAISNER LLP
Rachel Matteo-Boehm (California State Bar No. 195492)
rachel.matteo-boehm@bclplaw.com
3 Embarcadero Center, 7th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Damon J. Whitaker (*pro hac vice* pending)
damon.whitaker@bclplaw.com
1201 W. Peachtree Street NW, 14th Floor
Atlanta, GA 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIK MISHIYEV,<br><br>  Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br>  Defendants. | Case No. 24-cv-08661-CRB<br><br>**[PROPOSED] ORDER STAYING CASE**<br><br>Hon. Charles R. Breyer |

# [~~PROPOSED~~] ORDER STAYING CASE

The Court having considered Plaintiff Erik Mishiyev's motions to stay [Dkt. 26–27, collectively, "***Motion to Stay***"], and Defendants YouTube, LLC and Sundar Pichai's response consenting to a stay [Dkt. 34], the Court hereby GRANTS the Motion to Stay as follows:

1. This action is stayed pending resolution of Plaintiff's appeals filed in the Florida Second District Court of Appeal (Case No. 23-AD276) and in the U.S. Court of Appeals for the Eleventh Circuit (Case No. 24-14050), and pending resolution of this Court's *Sua Sponte* Judicial Referral for Purposes of Determining Relationship of Cases [Dkt. 23].

2. Defendants shall file their response to Plaintiff's Complaint within twenty (20) days following the resolution of both appeals and the *Sua Sponte* Judicial Referral, but shall not be required to file their response any earlier than January 22, 2025.

3. Unless otherwise requested by the parties and ordered by the Court, this stay shall automatically lift upon the filing of Defendants' response to the Complaint.

IT IS SO ORDERED.

Dated: December 20, 2024

Hon. Charles R. Breyer
U.S. District Court Judge