**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Mishiyev v. Alphabet, Inc. et al. Case No.: 19-cv-05422-WHA
Mishiyev v. Youtube LLC et al. Case No.: 3:24-cv-08661-CRB

**PLAINTIFF RESPONSE TO JUDGE'S ORDER ON RELATED CASES**

Plaintiff Erik Mishiyev wants to put all parties on notice that he believes there is a cover up and forum shopping attempt happening here and that he is a whistle blower and planned on and still does plans on running for Congress in the State of Florida where he resides and states he will not tolerate this mob-like criminal conduct by the Defendants.

It is reported on the news and on podcasts that conservatives and Republicans or Trump supporters are being targeted by Defendants and other social media companies headquartered in CA. The Defendants are known to co-conspire with the mainstream media and major record labels and their artists to eliminate the competition by allowing them to use fraudulent copyright takedowns on their Platform as a WEAPON to stifle Plaintiff and others like him to punish them for being conservative entertainers/candidates!

YouTube terms and service does not state it permits them to **maliciously** cooperate with anti-competitive conduct brought on by Plaintiff's competitors who are jealous of his potential and the success he once had. The Florida lawsuits have new incidents within the statute of limitations and include different new counts and allegations of DMCA Copyright fraud. This is clear interference and unlawful conduct as the court may know the Defendants have several antitrust suits against them for similar matters.

A new mandate to stop this type of political bias is here with a NEW congress and NEW senate and NEW President that plan on dismantling section 230. However, this is a Florida **copyright case** and not related to any cases Mr. Mishiyev had in California.

The cases in Florida also involve election interference and other entities/individuals who were also harmed in local FL towns and cities that California courts should not be allowed to dictate, which Plaintiff has evidence, can and will lead to election interference!

The plaintiff has evidence that Defendants are deceiving the public and manipulating his views and maliciously limiting his exposure and perceived popularity by not counting views that he received on his videos, even from outside sources! Corrupt to the chore!

**Respectfully submitted under oath on 01/10/25**

/s/Erik Mishiyev
Plaintiff/Appellant
6697 Emmy Lane Apt 309
Wesley Chapel, FL 33544
917-727-4684

Candidate for the US House of Representatives





# FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

Erik Mishiyev
Candidate for United States Representative (76150)

Tampa, Florida 33611

Dear Mr. Mishiyev:

This will acknowledge receipt of your request to have your name placed on the Division of Elections' website as a candidate for the office of United States Representative, District Fourteen. Your name has been placed on the 2022 active candidate list.

All of the Division of Elections' publications and forms are available on the Division's website at https://dos.myflorida.com/elections. It is your responsibility to read, understand, and follow the requirements of Florida's election laws. Therefore, please print a copy of Chapter 99, Florida Statutes, and the Federal Qualifying Handbook.

Federal candidates should also contact the **Federal Election Commission** for further information on campaign finance. The website for the Federal Election Commission is www.fec.gov or call 1-800-424-9530.

If you have any questions, please contact our office at (850) 245-6280.

Sincerely,

Kristi Reid Willis, Chief
Bureau of Election Records

KRW/mcc

**Division of Elections**
R.A. Gray Building, Suite 316 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6240 • 850.245.6260 (Fax) • DOS.MyFlorida.com/elections

FLORIDA
DIVISION OF
ELECTIONS