**Index of Exhibits Supporting Motion to Declare Plaintiff a Vexatious Litigant**

| Exhibit | Description |
| --- | --- |
| Dkt. 55 | Declaration of Damon J. Whitaker, Esq., with Exhibits 1 – 38 (filed concurrently with Motion) |
| 1 | Summary Chart of Plaintiff's Relevant Litigations |
| 2 | *Mishiyev I* – First Amended Complaint (filed Feb. 2, 2020) |
| 3 | *Mishiyev II* – Docket (as of Feb. 20, 2025) |
| 4 | *Mishiyev II* – Complaint (filed Sept. 20, 2021) |
| 5 | *Mishiyev III* – Florida 2nd DCA Docket (as of Feb. 20, 2025) |
| 6 | *Mishiyev III* – Florida 2nd DCA Dismissal (issued Jan. 30, 2025) |
| 7 | *Mishiyev III* – 11th Circuit Docket (as of Feb. 20, 2025) |
| 8 | *Mishiyev III* – 11th Circuit Dismissal (issued Jan. 3, 2025) |
| 9 | Plaintiff's Election Fraud Complaint (filed Jan. 11, 2025 with 11th Circuit and Middle District of Florida) |
| 10 | *Mishiyev IV* – Docket (as of Feb. 20, 2025) & Dismissal Order (issued Jan. 29, 2025) |
| 11 | *Davis I* – Docket (as of Feb. 20, 2025) |
| 12 | *Davis I* – Dismissal Order (issued May 20, 2023) |
| 13 | *Davis II* – Docket (as of Feb. 20, 2025) |
| 14 | *Davis II* – Abstention Order (issued Jan. 25, 2024) |
| 15 | *Davis III* – Docket (as of Feb. 20, 2025) |
| 16 | *Davis III* – Summary Judgment Order (written order issued Nov. 20, 2024) |
| 17 | *UMG* – Docket (as of Feb. 20, 2025) |
| 18 | *UMG* – February 16, 2023 Dismissal Order |
| 19 | *UMG* – December 9, 2024 Dismissal Order |

| Exhibit | Description |
|---|---|
| 20 | *iHeartMedia* – Docket (as of Feb. 20, 2025) |
| 21 | *Cox Media* – Docket (as of Feb. 20, 2025) |
| 22 | Nov. 30, 2024 Email string from Plaintiff |
| 23 | Dec. 1, 2024 Email string from Plaintiff |
| 24 | Dec. 2, 2024 Email exchange with Plaintiff |
| 25 | Dec. 2, 2024 Email string from Plaintiff |
| 26 | Dec. 1, 2024 – Dec. 4, 2024 Email string from Plaintiff |
| 27 | Dec. 12, 2024 Email exchange with Plaintiff |
| 28 | Dec. 13, 2024 Email string from Plaintiff |
| 29 | Dec. 15, 2024 Email string from Plaintiff |
| 30 | Dec. 17, 2024 Email exchange with Plaintiff |
| 31 | Dec. 18, 2024 Email exchange with Plaintiff |
| 32 | Dec. 19, 2024 Email string from Plaintiff |
| 33 | Dec. 22, 2024 Email string from Plaintiff |
| 34 | Dec. 27, 2024 Email strings from Plaintiff (responding to May 3, 2019 email from YouTube Partner Support employee) |
| 35 | Jan. 11, 2025 Email string from Plaintiff |
| 36 | Feb. 19, 2025 Email string from Plaintiff (responding to Defendants' submission to Court of Proposed Order Granting Motion to Dismiss Complaint with Prejudice) |
| 37 | Excerpts of Feb. 19, 2025 - Feb. 20, 2025 Email exchange with Plaintiff reflecting meet and confer efforts on Motion to Change Time |
| 38 | Feb. 20, 2025 Email exchange with Plaintiff reflecting meet and confer efforts on Motion to Change Time |