BRYAN CAVE LEIGHTON PAISNER LLP
Rachel Matteo-Boehm (California State Bar No. 195492)
rachel.matteo-boehm@bclplaw.com
3 Embarcadero Center, 7th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Damon J. Whitaker (*pro hac vice*)
damon.whitaker@bclplaw.com
1201 W. Peachtree Street NW, 14th Floor
Atlanta, GA 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIK MISHIYEV,<br><br>    Plaintiff,<br><br>vs.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br>    Defendants. | Case No. 24-cv-08661-WHA<br><br>**[PROPOSED] ORDER DECLARING PLAINTIFF ERIK MISHIYEV A VEXATIOUS LITIGANT, AND PRE-FILING REVIEW ORDER**<br><br>[*Filing concurrently with Notice of Motion and Motion to Declare Plaintiff a Vexatious Litigant and for Entry of a Pre-Filing Order, Memorandum of Points and Authorities, and Declaration of Counsel (with Exhibits 1-38)*]<br><br>Hon. William H. Alsup |

On February 21, 2025, Defendants YouTube, LLC and Sundar Pichai (collectively, "**Defendants**") moved for an Order declaring *pro se* Plaintiff Erik Mishiyev ("**Mr. Mishiyev**") a vexatious litigant and for entry of a Pre-Filing Review Order (Dkt. 54). Defendants' motion was heard on April 10, 2025. The Court, having considered the parties' submissions and after a hearing on the motion, hereby GRANTS Defendants' motion, declares Mr. Mishiyev a vexatious litigant, and enters the following Pre-Filing Review Order pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651(a):

**Finding That Erik Mishiyev Is A Vexatious Litigant**

1. In finding Mr. Mishiyev to be a vexatious litigant and entering this Order, the Court acknowledges pre-filing orders are "an extreme remedy" that should not be entered "with undue haste," but that it is nevertheless necessary for the Court to exercise its inherent power to enter this pre-filing order against Mr. Mishiyev to protect Defendants and their legal affiliates, officers, employees and representatives from further harassment and vexatious litigation, and to preserve the Court's resources, from Mr. Mishiyev's flagrant abuse of the judicial process. *E.g.*, *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007); *Hsu v. UBS Fin. Servs., Inc.*, 2022 WL 393206, *2-3 (N.D. Cal. Feb. 8, 2022); *Heredia v. TTM Techs., Inc.*, 2018 WL 3566869, *2 (N.D. Cal. July 25, 2018).

2. In making its findings and imposing this pre-filing order, the Court has considered and found that the following four factors have been satisfied: 1) Mr. Mishiyev received notice and was given an opportunity to be heard on the motion; 2) the Court has an adequate record for review based on the list of Mr. Mishiyev's litigations, the dockets, pleadings, and court orders in those litigations, and the numerous examples of his harassing emails to Defendants and others – including Mr. Mishiyev's emails on which he copied the Court; 3) this record supports the Court's substantive findings that Mr. Mishiyev's repeated attempts to relitigate the same dispute against Defendants in different state and federal courts are frivolous and harassing, his intent is to harass Defendants in an improper attempt to extort a settlement, and his conduct and litigations make him a vexatious litigant; and 4) this Pre-Filing Review Order is narrowly-tailored to Plaintiff's wrongful behavior. *See DeLong v. Hennessey*, 912 F.2d 1144, 1147-48 (9th Cir. 1990);

Bryan Cave Leighton Paisner LLP
3 Embarcadero Center 7th Floor
San Francisco, California 94111

1

[Proposed] Order Granting Defendants' Motion To Declare
Plaintiff a Vexatious Litigant and for Pre-Filing Review Order    Case No. 24-cv-08661-WHA

1    *Eng v. Wash. Mut. Bank, FA*, 2013 WL 622363, *4-5 (N.D. Cal. Feb. 14, 2023); *Hsu*, 2022 WL
2    393206 at *3-4; *Bates v City of San Jose*, 2021 WL 3727073, *9 (N.D. Cal. Aug. 23, 2021);
3    *Daria v. Sapient Corp.*, 2021 WL 3409243, *3 (N.D. Cal. Aug. 4, 2021); *Heredia*, 2018 WL
4    3566869 at *1, *6; *Bruzzone v. Intel Corp.*, 2014 WL 4090470, *4-8 (N.D. Cal. Aug. 19, 2014);
5    *Shek v. Children Hosp. Research Ctr. in Oakland*, 2013 WL 6512650, *3 (N.D. Cal. Dec. 12,
6    2013); *see also DNA Sports Performance Lab, Inc. v. MLB*, 2022 WL 1092493, *4 (N.D. Cal.
7    April 12, 2022); *Scott v. Weinberg*, 2007 WL 963990, *5 (W.D. Wash. March 26, 2007).

8        3.    Plaintiff Erik Mishiyev is hereby **DECLARED A VEXATIOUS LITIGANT**.

### Pre-Filing Review Order

4.  The scope of this Order applies to any new complaint filed by Mr. Mishiyev (or any business or entity which he owns, controls or has any interest in, "***Plaintiff's Business***") in the Northern District of California, or filed in another court and subsequently removed or transferred to the Northern District of California: a) against YouTube, Mr. Pichai, any of their affiliated companies (*e.g.*, Google LLC, Alphabet, Inc., XXVI Holdings, Inc.), or any of their officers, employees, or other representatives; and b) involving the YouTube platform, services or Terms of Service, Plaintiff's use of YouTube, or Plaintiff's work as a DJ or his efforts to run for political office.

5.  Any complaint within the scope of this Order must be accompanied by: a) a written showing that the new complaint is not barred by *res judicata* (if Mr. Mishiyev is *pro se*), or a sworn declaration under penalty of perjury that counsel for Mr. Mishiyev (or Plaintiff's Business) has undertaken a sufficient pre-suit investigation as required by Rule 11 of the Federal Rules of Civil Procedure, and explaining why counsel believes the new suit is not barred by *res judicata* and is meritorious; and b) payment of the case filing fee.

6.  The Clerk shall not docket any such complaint nor issue any summons, but shall conduct a preliminary review to determine if all of the requirements of paragraph 5 are met. If the Clerk finds these requirements are not met, the Clerk shall reject the complaint and return it to Mr. Mishiyev. If the Clerk finds that all of the requirements of paragraph 5 are met, the Clerk shall then forward the complaint and all papers to the undersigned for pre-filing review.

2

[Proposed] Order Granting Defendants' Motion To Declare
Plaintiff a Vexatious Litigant and for Pre-Filing Review Order    Case No. 24-cv-08661-WHA

*Bryan Cave Leighton Paisner LLP*
*3 Embarcadero Center 7th Floor*
*San Francisco, California 94111*

7. If the Court ascertains that the complaint is duplicative, barred by *res judicata*, or otherwise frivolous, the complaint will not be filed and will be returned to Mr. Mishiyev. Only if the Court finds that the proposed pleading is not duplicative, not barred by *res judicata*, and not frivolous, will it be given to the Clerk with instructions to file it and issue a summons.

8. In the event any complaint covered by the scope of this pre-filing review order which Mr. Mishiyev (or Plaintiff's Business) files in another court is removed or transferred to the Northern District of California, that case shall be automatically stayed while it is subject to the pre-filing review set forth in this Order. In such an instance, any of the defendants may file and serve a notice attaching a copy of this Order which explains how the case is subject hereto and asking the Clerk to enter the automatic stay. Mr. Mishiyev will then have fourteen (14) calendar days to comply with the requirements of paragraph 5.

IT IS SO ORDERED.

Dated: _____ __, 2025

Hon. William H. Alsup
U.S. District Court Judge

3

[Proposed] Order Granting Defendants' Motion To Declare
Plaintiff a Vexatious Litigant and for Pre-Filing Review Order          Case No. 24-cv-08661-WHA