UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ERIK MISHIYEV,

Plaintiff,                                    Case No: 24-cv-08661-WHA

v.

YouTube, LLC and Sundar Pichai,

Defendants.
_____/

**RESPONSE TO FRIVOLOUS MOTION ON VEXATIOUS LITIGANT WITH ATTACHED ORDER DENYING THE SAME ATTEMPT BY DEFENDANTS ASSOCIATES IN A RELATED FL CASE**

COMES NOW, the Plaintiff, ERIK MISHIYEV (or "Mr. Mishiyev") files this order *DENYING* Defendants associates to label him a "Vexatious Litigant". Furthermore Mr. Mishiyev never had to sue anyone before all of this unlawful anti-competitive conduct started happening to him. He does not want to file this lawsuit in California as he does not live in that state and should obviously not be deemed a Vexatious Litigant. See Exhibit A (Order Denying Motion by Florida Judge).

As previously stated, this case is not about YouTube's terms and conditions, but instead Plaintiff is alleging deep corruption with certain employees that work for Defendants and the CEO has done nothing about it. Plaintiff alleges his competitors and evil rivals that also use YouTube in FL like DJ Khaled "Khaled Mohamed" and his associates that play his music & have financial ties and contacts with Defendants copyright department who have conspired to sabotage Plaintiff.

1

     **WHEREFORE**, Plaintiff, for the reasons stated in this response, notice respectfully requests the Honorable court to *DENY Defendant's this Motion and Not to Dismiss and to not pre-maturely rule on this stayed case,* ***at least until the 11th District court of Appeals decides on his Motion to Reinstate his Appeal*** that the Plaintiff is working on fixing the Deficiencies and the Defendants know that but keep pushing aggressively which is unprofessional.

     **Respectfully submitted under oath on 02/21/2025**
                                          /s/Erik Mishiyev
                                          Plaintiff

                                        **EXHIBIT "A"**
                                          **BELOW**

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

ERIK MISHIYEV,

    Plaintiff,

v.

KHALED MOHAMED KHALED,
ARLANDAL DAVIS A/K/A ORLANDO
DAVIS, BEASLEY MEDIA GROUP, LLC,
and WE THE BEST MUSIC, INC.,

    Defendants.

Case No. 23-CA-017047

## ORDER DENYING MOTION FOR A FINDING OF VEXATIOUS LITIGATION

    THIS CAUSE came before the Court on a hearing conducted on September 30, 2024 regarding Defendants Orlando Davis's and Beasley Media Group, LLC's (collectively, "Beasley's") Motion to For a Finding of Vexatious Litigation (Doc. 44; the "Motion"). Plaintiff Erik Mishiyev filed a series of responses to the Motion, and Beasley filed a reply in support of the Motion. Having heard the arguments of counsel, reviewed the parties' papers, and being otherwise fully advised on the premises, the Court herby **DENIES** the Motion for the reasons stated on the record at the September 30, 2024 hearing.

**DONE AND ORDERED** in Chambers in Hillsborough County, Florida this _____ day of October 2024.

23-CA-017047 11/20/2024 11:35:37 AM
23-CA-017047 11/20/2024 11:35:37 AM

The Hon. Christopher C. Nash

Copies furnished to:
All counsel of record

11/20/2024 11:35:38 AM Electronically Filed: Hillsborough County/13th Judicial Circuit.   Page 1

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on counsel for the Defendants to their email on file as follows:

Damon J. Whitaker  damon.whitaker@bclplaw.com

Ezequiel Joseph Romero romeroe@bclplaw.com

Rachel E. Matteo-Boehm & rachel.matteo-boehm@bclplaw.com

Respectfully Submitted Under Oath on this 21st day of February 2025.

/s/Erik Mishiyev
Plaintiff