IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

ERIK MISHIYEV,

    Plaintiff,

v.

KHALED MOHAMED KHALED, ARLANDAL DAVIS A/K/A ORLANDO DAVIS, BEASLEY MEDIA GROUP, LLC, and WE THE BEST MUSIC, INC.,

    Defendants.

Case No. 23-CA-017047

## ORDER DENYING MOTION FOR A FINDING OF VEXATIOUS LITIGATION

    THIS CAUSE came before the Court on a hearing conducted on September 30, 2024 regarding Defendants Orlando Davis's and Beasley Media Group, LLC's (collectively, "Beasley's") Motion to For a Finding of Vexatious Litigation (Doc. 44; the "Motion"). Plaintiff Erik Mishiyev filed a series of responses to the Motion, and Beasley filed a reply in support of the Motion. Having heard the arguments of counsel, reviewed the parties' papers, and being otherwise fully advised on the premises, the Court herby **DENIES** the Motion for the reasons stated on the record at the September 30, 2024 hearing.

**DONE AND ORDERED** in Chambers in Hillsborough County, Florida this ____ day of October 2024.

23-CA-017047 11/20/2024 11:35:37 AM

_____
The Hon. Christopher C. Nash

Copies furnished to:
All counsel of record