UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ERIK MISHIYEV,

Plaintiff,                                                                  **Case No:** 24-cv-08661-WHA

v.

YouTube, LLC and Sundar Pichai,

Defendants.

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO DISMISS AND FRIVOLOUS VEXATIOUS LITIGANT

COMES NOW, the Plaintiff, ERIK MISHIYEV (or "Erik") files this response to Defendants Motion to Dismiss this case which originated in the State of Florida and transferred to California prematurely because the allegations involve localized incidents stemming from YouTuber's in Florida. The Plaintiff filed a Motion to Re-instate his Appeal regarding that transfer decision and is awaiting the 11th DCA's decision and is not a Vexatious Litigant, and states:

1. The Plaintiff was one of the first DJs invited to join YouTube's partner program by a Google employee named Mathew Villacarte back in 2006 because they were impressed by his content. Plaintiff invested thousands of hours and over $250,000 in equipment and travelling expenses to build his YouTube channels from 2006-2019 when they were mysteriously terminated for content that was found on his channels for years and that his competitors post all over YouTube. **These videos are 100% protected by "Fair Use".**

1

2. Plaintiff filed his original lawsuit against YouTube because he believed they breached the Advertising contract they had in place with him as it was his only source of income, and <u>their decision put Erik in ongoing hardship that led to a painful Chapter 7 Bankruptcy in 2021 for both him personally and also his self-employed Florida business.</u>

3. This court dismissed Erik's original complaint because of an unconscionable loophole found in Section 230 which has been used as a weapon to censor and silence people very unlawfully, especially if you support President Donald Trump or have conservative views. **This is a violation of the 1st Amendment and Plaintiff can sue for this too in a new lawsuit!**

4. Shortly after YouTube/Google partner chat reps stated to Plaintiff that he should file a lawsuit against the people putting fraudulent copyright claims on Erik's videos. The Plaintiff followed all of YouTube's instructions and filed a Copyright Lawsuit that survived a motion to dismiss in Florida.

5. This related Federal case in Florida is in front of the same Judge Mary Scriven who prematurely transferred this case here because the **Plaintiff clearly alleges these incidents are localized and involve Erik's competitors and rivals in Tampa and Miami** who also use YouTube and have big financial stakes and ties with these Defendants and that is undisputable. (ie: DJ Khaled) *See Erik vs UMG Recordings, Sony Music. al. (Case # 8:23-cv-01942)*

6. Plaintiff is alleging that the Defendants in that related case influenced the decision making of the Defendant's in this case and it's been ongoing and that he swears under oath that he is being censored, shadow banned and silenced in some sort of "Blacklist" that has caused irreparable harm to his entire life.

7. *The Plaintiff just won a favorable decision in the 2DCA on <u>01/31/2025</u> which involve YouTuber's named "Orlando Davis" of WiLD 94.1FM in Tampa, FL and his employer Beasley Media Group, LLC. who also have financial ties and stakes with these Defendants in this case.* Plaintiff alleged they used their positions in the radio industry to influence these Defendants and their CEO to not deal with the Plaintiff. They did this through defamation & interference.

8. Thanks to the 2DCA, the Plaintiff is now in Discovery in the trial court with that case **(20-CA-8301)** and filed Notice of Taking Depositions which are scheduled to take place on <u>03/17/2025</u> via Zoom. Plaintiff also filed Notice of Admissions, Productions of Documents and Interrogatories request from those Defendants in that FL case and asked them questions about YouTube/Google.

9. The 4^(TH) *DCA clearly stated that you cannot deter the community or 3rd parties from dealing with the defamed party, who in this case is Erik Mishiyev. These Defendants were complicit in a scheme that destroyed Erik's career* because he was a rising star and a threat to competing Florida Artists and DJs.

10. Plaintiff plans to add these Defendants to his new "Music Monopoly" lawsuit

where he recently discovered an unlawful anti-competitive conspiracy full of bribery and fraud involving Artists and Radio DJs in **Florida** and those Defendants also have financial ties to these Defendants! A total of 9 counts are found in this new case that is full of unlawfulness. **(Case# 25-CA-1914)**

11. The Plaintiff has counsel appearing for him in another related case on <u>04/01/2025</u> with Defendants Khaled Mohamed Khaled AKA DJ Khaled and his record label, We the Best Music, Inc., who are Erik's evil competitors and those Defendants both have YouTube channels and have massive financial ties and stakes with these Defendants too. (Florida State Case # <u>23-CA-017047</u>)

**WHEREFORE,** Plaintiff, for the reasons stated in his complaints, the case laws mentioned, the court's knowledge of a pending motion in the 11th DCA and for everything mentioned in this response, respectfully requests the Honorable Judge Alsup and this Court to *DENY* these Defendant's Motion to Dismiss and to Deny their Vexatious Litigant attempt to censor and silence a hard-working law abiding citizen for trying to pursue justice for the irreparable harms caused to his life because of the actions or lack thereof of the Defendants and their associates.

Respectfully submitted by the Plaintiff under oath on <u>03/13/2025</u>

/s/Erik Mishiyev
Erik Mishiyev
6697 Emmy Lane Apt 309
Wesley Chapel, FL 33544
(917) 727-4684

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on counsel for the Defendants to their email on file as follows:

Damon J. Whitaker   damon.whitaker@bclplaw.com

Ezequiel Joseph Romero romeroe@bclplaw.com

Rachel E. Matteo-Boehm & rachel.matteo-boehm@bclplaw.com

*Respectfully Submitted Under Oath on this <u>13th</u> day of March 2025.*

/s/Erik Mishiyev
Plaintiff Pro Se
