UNITED STATES DISTRICT COURT
NORTHERN DISTRCIT OF CALIFORNIA

ERIK MISHIYEV DBA
HOT FOREVER ENTERTAINMENT

    Plaintiff,

v.

SUNDAR PICHAI AND
YOUTUBE, LLC.

    Defendants.

CASE NO: C 24-08661 WHA

<u>**PLAINTIFFS' CASE MANAGEMENT STATEMENT**</u>
Hearing Date: 04/10/25 Time: 8AM in Courtroom #12

Pursuant to the Standing Order For All Judges Of The Northern District Of California - Contents of Joint Case Management Statement; this Court's Supplemental Order To Order Setting Initial Case Management Conference; this Court's February 25, 2025 Order re Motion to Change Time [Dkt. 58]; Local Rule 16-9; and Fed. R. Civ. P. 26(f), the Plaintiff Erik Mishiyev and Hot Forever Entertainment (collectively, "Plaintiffs") respectfully submit this Case Management Statement. Plaintiff conferred telephonically with Defendants Counsel pursuant to Rule 26(f) on March 27, 2025.

1. <u>Jurisdiction and Service:</u>

    This lawsuit was originally filed in the State of Florida which is currently on appeal with the 11th DCA regarding the transfer to California because the complaint alleges localized incidents in Tampa Bay, FL and the city of Miami. Plaintiff properly served the complaint on YouTube and their CEO, Sundar Pichai and can include their parent company Google in an Amended pleading.

2. <u>Facts</u>

    Plaintiff sued for Breach of Contract in 2019 and has been trying to resolve this with YouTube and their former CEO who congratulated Erik and sent him a letter

1

for passing 100,000 subscribers on one of his channels, but Susan unfortunately passed away shortly after. Plaintiff sued the current CEO Mr. Pichai who took her place but has not done anything about the censorship and hypocrisy found on YouTube and Google. It's common sense that bad people can intentionally interference with their competitors maliciously to stop or steal one's income and destroy their reputation or business. YouTube and their employees have the ability to block or short circuit anyone they choose and that can lead to unfair competition and loss of freedom of speech. The current action is NOT the same as the prior action as this involves localized issued dealing with Defendants in a related case and the 2DCA mentioned YouTube 9 times in their opinion and ruled in Plaintiff's favor and issued a mandate om 01/31/2025. In this case the Plaintiff alleged those Defendants and their associates in the music industry contacted YouTube directly and spread false statements of copyright fraud and false statements that Plaintiff was a cocaine user, and that DJ Khaled is the reason why Plaintiff has been eliminated from competing fairly. YouTube makes millions for and from DJ Khaled and he persuaded them to eliminate Plaintiff from competing.

3. <u>Legal Issues</u>

This is an entirely new case with new allegations that can lead to big criminal convictions especially if YouTube's CEO knows that their company can pick and choose who goes viral and if they are in fact manipulating the true views and numbers and not equally exposing YouTubers videos and choosing who becomes popular or who becomes silenced, that is when they have a big class action lawsuit and believe me that day is coming if they double down on the harms their negligence has caused Plaintiff's reputation and DJ Business. Furthermore, YouTube blamed Universal Music Group and Sony Music for this, but they do not agree. Plaintiff will Amend the complaint and add UMG and SONY etc if need be.

2

The Plaintiff believes that Defendants' counsel have utilized their Case Management Statement of more like a Motion to Dismiss or Legal Argument instead of simply stating what was discussed. Plaintiff was professional and courteous on the Phone and continued to claim that this lawsuit belongs to Florida and will end up here one way or another because Plaintiff cannot sit back and watch all of his Florida competitors and evil rivals flourish while he is forced to sit on the sidelines censored and stuck in an ongoing hardship since the original YouTube suit was filed in 2019. Furthermore, Plaintiff is certainly not a Vexatious litigant and that Motion should be denied because in Florida in a related case with another YouTube and rival named DJ Khaled **(Case 23-CA-017047),** the Judge denied their motion to deem Plaintiff vexatious. Plaintiff is injured and looking for answers and solutions, any motions to interfere with that God given and Constitutional right should be denied and considered OBSTRUCTION of Justice. The 2DCA stated "He Admitted" DJ Khaled and Orlando Davis, both YouTubers admitted on video that they are "the mob bosses and the reason why DJ Short-E ain't made it 20 years". Click link below to watch 2DCA oral arguments and confession on YouTube! https://www.youtube.com/watch?v=-fk-ugEZTpQ

*See YouTube congratulations letter YouTube sent the Plaintiff along with a YouTube award that Plaintiff received in June of 2017 when he was with his sister and nieces in Tampa, FL. This was a proud day for Plaintiff but less than 2 years later it was all taken away from him even though former YouTube CEO stated in her letter below to Plaintiff that, quote *"what you've accomplished can't be taken away from you"*. -Signed by former YouTube CEO -Susan Wojcicki (R.I.P.)



PLAINTIFF ALSO ALLEGES THAT HIS SISTER PASSED AWAY IN MARCH 2021 BECAUSE WHEN HIS YOUTUBE CHANNELS WERE TAKEN DOWN IN JANUARY 2019 IT CAUSING HIS INCOME TO IMMEDIATLEY PLUMMET TO ZERO DOLLARS (0.00) AND HE COULD NO LONGER AFFORD TO FLY TO TEXAS TO KEEP AN EYE ON HIS SINGLE MOTHER SISTER AND HIS NEICES AND SHORLTY AFTER HIS SISTER JULIE PASSED AWAY. PLAINTIFF BELIEVES IF YOUTUBE OFFERED MEDIATION OR SOME SORT OF RESOLUTION THEN THIS WOULD NOT HAVE HAPPENED. INSTEAD, DEFENDANTS APPEAR TO BE CONSPIRING AND/OR COOPERATING WITH A SCHEME SET OUT TO INJURE PLAINTIFF BY DEFAMING AND DEPLATFORM PLAINTIFF SO OTHER YOUTUBER'S IN FLORIDA COULD PULL AHEAD OF HIM!

**SEE LETTER FROM YOUTUBE CEO BELOW:**



You've just done something very few YouTube creators accomplish: You had an astonishing <u>100,000</u> people subscribe to your channel.

We know numbers on YouTube can get really big, but we hope you don't lose sight of the reality behind that six-digit milestone. Each and every person who has subscribed to your channel was touched by what you did. They were <u>inspired</u>, or challenged, or <u>entertained</u>.

<u>You made it to this milestone with hard work, perseverance,</u> and — chances are — a <u>healthy sense of humor.</u> What you've accomplished can't be taken away from you. And we'd like to recognize you and all your hard work with this <u>silver play button, a small token of our esteem and respect.</u>

We know you don't do this for rewards. You do it because you have a drive to create and share, and because you've found an audience who cares. Believe us when we say that we can't wait to see what you do next. A million subscribers may seem a long way off right now, but you're closer than you think. And <u>we're rooting for you.</u>

Congratulations.

Sincerely,

*Susan Wojcicki*

Susan Wojcicki
<u>CEO, YouTube</u>

175

Respectfully submitted under oath,

/s/Erik Mishiyev
Plaintiff Pro Se
917-727-4684

5