**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRCIT OF CALIFORNIA**

ERIK MISHIYEV

    Plaintiff,    CASE NO: C 24-08661 WHA

v.

SUNDAR PICHAI AND
YOUTUBE, LLC.

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO CANCEL OR RESCHEDULE 04/10/25 CASE MANAGEMNT IN PERSON HEARING BECAUSE THIS CASE IS PENDING APPEAL IN THE 11TH DCA FOR TRANSFER OF JURISDICITION OPPOSITION**

COMES NOW, The Plaintiff, Erik Mishiyev or "Erik" files this Motion to Reschedule the Case Management in person hearing this court scheduled to take place on: 04/10/25 at 8AM in Courtroom #12 and respectfully requests the Court to reschedule or cancel this scheduling unless Plaintiff's Proposed Order for ZOOM hearings, is granted. And also, for the following reasons:

01) The Plaintiff is in hardship and an approved indigent filer in Florida with his State cases and assumed his waiver would transfer to Federal court and failed to pay the Appeals fee on time, but then addressed the deficiencies and filed to proceed IFP with the 11TH DCA and that decision is still pending today 04/04/2025.

02) The 11TH DCA clerk stated to Plaintiff once they make their decision on his Motion to Proceed IFP he then has 40 days to file his initial brief.

03) Plaintiff has 2 emotional support dogs and a cat that he can not abandon and has nobody he can rely on to properly take care of them.

Based on e-mails with The Honorable Judge's Chambers and Deputy Clerk, Defendants' Counsel does not oppose this motion. Wherefore, Plaintiff respectfully request the court to grant this Motion to "Cancel or Reschedule the 04/10/2025 in person Case Management or if the court deems approving ZOOM hearings to be more proper for this and all future hearings at until the 11TH DCA renders their decision.

Respectfully motioned and submitted under oath,

/s/Erik Mishiyev
Plaintiff Pro Se
917-727-4684

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 4th, 2025, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Respectfully submitted,

/s/Erik Mishiyev
4504 W Spruce St Apt 365
Tampa, FL 33607
erikmishiyev@gmail.com
(917) 727-4684