# Motion for Permission to
# Appeal In Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

Erik Mishiyev

v.

Sundar Pichai and YouTube, LLC.

Court of Appeals No. 24-14050
District Court No. 8:24-cv-02675

**Instructions**: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. You must include a Certificate of Interested Persons and Corporate Disclosure Statement (attached).

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 03/21/2025       Signed: Erik Mishiyev

1. **My issues on appeal are:** Censorship of Conservatives and Republicans Censorship on Donald Trump supporters and sharing Pro Trump content. Copyright Negligence, Digital Millennium Copyright Act, Interference of Business Relations, Defamation, Florida's Unfair Business Practices, Conspiracy.

YouTube allowed Plaintiff's evil rival's to influence their decision making against Plaintiff and were in complicit in a scheme to destroy Plaintiff's once very succesful DJ career and rand to ruin his income and reputation. These Rivals like DJ Khaled, Bootleg Kev, Orlando Davis and others have ON-AIR radio DJ's who were envious and jealous of the crowds that Plaintiff used to draw and the amount of views and subscribers he had on YouTube. Plaintiff was the only DJ to receive a YouTube award in Tampa but his channels were terminated by these Defendant's and their associates who are influential radio DJ's that work with major record labels that are known to use anti-competive conduct to stifle any competitors or viable threats that have the ability or potential to take the #1 spot and so they sabotaged him.

Rev.: 1/22

2. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ 1,500 | $ N/A | $ -500 | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interests and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as Social Security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| **Total monthly income:** | $ 1,500 | $ N/A | $ N/A | $ N/A |

3. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Self Employed | 6697 Emmy Lane Apt 309 Wesley Chapel, FL 33544 | 07/22/2013 | 1,500 |
| | | | |
| | | | |

4. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

5. How much cash do you and your spouse have? $ 300

2

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Capitol One | Checking | $ 300 | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: 2015 |
| N/A | N/A | Model: E400 Mercedes |
| N/A | N/A | Registration #: HOT4EVA / NJ |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| N/A | N/A | Make & Year 2018 |
| N/A | N/A | Model: BMW x3 |
| N/A | N/A | Registration #: FOREVER / NJ |

7. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| YOUTUBE, LLC. | 15,000,000 | N/A |
| SUNDAR PICHAI | 15,000.000 | N/A |
| BEASLEY MEDIA GROUP, LLC. | 15,000,000 | N/A |

8. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| KM | NIECE | 16 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

9. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 1,200 | $ N/A |
| Are real-estate taxes included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Is property insurance included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 200 | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 500 | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ 50 | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ 500 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|     Homeowner's or renter's | $ 50 | $ N/A |
|     Life | $ N/A | $ N/A |
|     Health | $ N/A | $ N/A |
|     Motor Vehicle | $ 500 | $ N/A |
|     Other: _____ | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): IRS MONTHLY PAYMENT PLAN ON DEBT | $ 200 | $ N/A |
| Installment payments | $ 200 | $ N/A |
|     Motor Vehicle | $ 1400 | $ N/A |
|     Credit card (name): ALLY BANK, CITI BANK | $ 400 | $ N/A |
|     Department store (name): GUITAR CENTER | $ 100 | $ N/A |
|     Other: REFLEX CREDIT CARD | $ 200 | $ N/A |

|  |  |  |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A |
| **Total monthly expenses** | $ 6,700 | $ N/A |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes  ■ No     If yes, describe on an attached sheet.

11. Have you spent – or will you be spending – any money for expenses or attorney fees in connection with this lawsuit?

    ☐ Yes  ☐ No     If yes, how much: $ 25,000

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    THE DEFENDANTS TOOK DOWN MY YOUTUBE CHANNELS AND THAT WAS MY MAIN SOURCE OF INCOME AND I HAVEN'T FOUND A JOB THAT CAN REPLACE THAT INCOME AND I HAVE FALLEN IN DEBT BECAUSE OF THESE DEFENDANTS.
    _____
    _____

13. State the city and state of your legal residence. Tampa, FL

    Your daytime phone number: (917) 727-4684
    Your age: 47    Your years of schooling: 20

5

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Erik Mishiyev  *vs.*  Sundar Pichai and YouTube, LLC.  Appeal No. 24-14050  Sundar Pichai and YouTube, LLC.

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. ***(Please type or print legibly)***:

JUDGE MARY SCRIVEN (HAS A RELATED CASE WITH PLAINTIFF THAT INVOLCES THESE DEFENDANTS)

ATTORNEY KEIRON JACKMAN (PLAINTIFF'S ATTORNEY IN A RELATED CASE WITH DJ KHALED WHO ALSO HAS A YOUTUBE)

ATTORNEY DAMON J. WHITAKER (DEFENDANT'S LEAD COUNSEL)

IHEARTMEDIA, INC.

BEASLEY MEDIA GROUP, LLC.

COX MEDIA GROUP, LLC.

KHALED MOHAMED KHALED

WE THE BEST MUSIC, INC.

KEVIN RATLIFF AKA BOOTLEG KEV (YOUTUBE RIVAL THAT PLAINTIFF SUED IN RELATED CASE)

UNIVERSAL MUSIC GROUP

SONY MUSIC ENTERTAINMENT

Submitted by:
Signature: *Erik Mishiyev*
Name: ERIK MISHIYEV          Prisoner # (if applicable): N/A
Address: 6697 EMMY LANE APT 309  WESLEY CHAPEL, FL 33544
Telephone #: 917-727-4684

Rev.: 2/23

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Erik Mishiyev   *vs.*   Sundar Pichai and YouTube, LLC.   Appeal No. 24-14050 Sundar Pichai and YouTube, LLC.

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

JUDGE MARY SCRIVEN (HAS A RELATED CASE WITH PLAINTIFF THAT INVOLCES THESE DEFENDANTS)

ATTORNEY KEIRON JACKMAN (PLAINTIFF'S ATTORNEY IN A RELATED CASE WITH DJ KHALED WHO ALSO HAS A YOUTUBE)

ATTORNEY DAMON J. WHITAKER (DEFENDANT'S LEAD COUNSEL)

IHEARTMEDIA, INC.

BEASLEY MEDIA GROUP, LLC.

COX MEDIA GROUP, LLC.

KHALED MOHAMED KHALED

WE THE BEST MUSIC, INC.

KEVIN RATLIFF AKA BOOTLEG KEV (YOUTUBE RIVAL THAT PLAINTIFF SUED IN RELATED CASE)

UNIVERSAL MUSIC GROUP

SONY MUSIC ENTERTAINMENT

Submitted by:
Signature: *Erik Mishiyev*
Name: ERIK MISHIYEV         Prisoner # (if applicable): N/A
Address: 6697 EMMY LANE APT 309 WESLEY CHAPEL, FL 33544
Telephone #: 917-727-4684

Rev.: 2/23