BRYAN CAVE LEIGHTON PAISNER LLP
Rachel Matteo-Boehm (California State Bar No. 195492)
rachel.matteo-boehm@bclplaw.com
3 Embarcadero Center, 7th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Damon J. Whitaker (*pro hac vice*)
damon.whitaker@bclplaw.com
1201 W. Peachtree Street NW, 14th Floor
Atlanta, GA 30309
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Attorneys for Defendants
YOUTUBE, LLC and SUNDAR PICHAI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIK MISHIYEV,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YOUTUBE, LLC and SUNDAR PICHAI,<br><br>　　　　　Defendants. | Case No. 24-cv-08661-WHA<br><br>Hon. William H. Alsup<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CANCEL OR RESCHEDULE [APRIL 10, 2025] CASE MANAGEMENT IN PERSON HEARING**<br><br>Action Filed: October 17, 2024<br>Transferred to this District: December 3, 2024<br>Assigned to this Court: January 10, 2025<br>Hearing Date: April 10, 2025<br>Hearing Time: 8:00 am<br>Trial Date: None |

1  Defendants YouTube, LLC and Sundar Pichai (collectively, "**Defendants**") briefly respond
2  to Plaintiff Erik Mishiyev's ("**Plaintiff**") Motion to Cancel or Reschedule the Case Management
3  In-Person Hearing set for April 10, 2025 at 8:00 am (Dkt. 70, "**Motion to Cancel**").

4  Plaintiff misrepresents his Motion to Cancel as "Unopposed." Plaintiff never conferred
5  with Defendants about the relief he requests. Defendants and their counsel have not consented to
6  cancelling or rescheduling the Case Management Conference, nor communicated to Plaintiff in
7  any way that Defendants do not oppose Plaintiff's request. Defendants merely refrained from
8  responding to Plaintiff's improper emails to the Court, but that does not constitute consent.

9  Defendants oppose any request by Plaintiff to modify the April 10, 2025 hearing on
10 Defendants' Motion to Dismiss Complaint With Prejudice [Dkt. 48] and Defendants' Motion to
11 Declare Plaintiff A Vexatious Litigant And For Entry Of A Pre-Filing Order [Dkt. 54]
12 (collectively, the "**Motions**"). The Motions were noticed for this hearing date on February 19 and
13 21, 2025, respectively, and the Case Management Conference was re-scheduled for this date
14 shortly after. Plaintiff has thus had notice of this hearing and conference date for almost two
15 months. Defendants' counsel of record, including their lead counsel who is travelling from the
16 East Coast, intend to attend the April 10, 2025 Motions hearing and Case Management
17 Conference in person, in compliance with the Court's standard practice and its Order issued
18 February 25, 2025 [Dkt. 58].

19 The Eleventh Circuit's procedural reinstatement of Plaintiff's appeal of the Middle District
20 of Florida's order transferring the case to this Court does not justify any delay in ruling on the
21 Motions because the appeal should be dismissed for lack of jurisdiction. *See, e.g.*, *Jenkins v.*
22 *Prime Ins. Co.*, 32 F. 4th 1343, 1346 (11th Cir. 2022) (Section 1404 transfer orders "are non-
23 appealable interlocutory orders").

24 Defendants take no position with respect to Plaintiff's request to appear by Zoom.

25 Dated: April 4, 2025           **BRYAN CAVE LEIGHTON PAISNER LLP**

26                                By: */s/ Damon J. Whitaker*
27                                     Damon J. Whitaker

28                                Attorneys for Defendants
                                  YOUTUBE, LLC and SUNDAR PICHAI