**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRCIT OF CALIFORNIA
SAN FRANCISCO**

ERIK MISHIYEV,

  Plaintiff.

Case No.: C 24-08661 WHA

v.

Sundar Pichai and
YouTube, LLC.

  Defendants.

_____/

**<u>EXHIBIT OF ANTISEMITIC PUBLIC FIGURE "KANYE WEST" WHO DEFENDANTS SUPPORT AS A CLIENT AND PLAY HIS MUSIC AND HAVE NOT CANCELED THESE TYPES OF YOUTUBERS WHILE OTHER SOCIAL MEDIA COMPANIES HAVE BANNED HIM, THESE DEFENANTS KEEP PAYING HIM AND HIS RECORD LABEL MILLIONS OF DOLLARS IN YOUTUBE EARNINGS! THIS IS A NEW LAWSUIT PLAINTIFF CAN BRING.</u>**



EXHIBITS OF PLAINTIFF WITNESSES FROM COMPLAINT IN FLORIDA CASE INVOLVING ANTISEMTISM BY BEASLEY MEDIA GROUP AND THEIR ON-AIR DJ "ORLANDO DAVIS" WHO ALSO HAVE TIES TO THESE DEFENDANTS IN CALIFORNIA.









**Alex Rodriguez Tampa**

Today 6:46 AM

> What's up arod do you remember we went to American social on 4/12/2021 and <u>Orlando Davis showed up and said he'll slap the shit out of my Jewish ass</u> and was trying to fight me? If you can give me a statement that would help my lawsuit.

> Please give me a call to discuss

<u>Yes sir...I remember.</u> Let me hit you up when I get out of work. I'm about to clock in now

> Thank you!

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 25, 2025, I served the foregoing document upon all parties on the service list via Florida's E-portal.

Respectfully submitted,

/s/ Erik Mishiyev
Plaintiff Pro Se
4504 W Spruce St Apt 365
Tampa, FL 33607
917-727-4684