**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRCIT OF CALIFORNIA**

ERIK MISHIYEV DBA
HOT FOREVER ENTERTAINMENT

     Plaintiff,                                  CASE NO: C 24-08661 WHA

v.

SUNDAR PICHAI AND
YOUTUBE, LLC.

     Defendants.

_____/

<u>**NOTICE FROM PLAINTIFF TO THE COURT**</u>

     **COMES NOW,** The Plaintiff (or "Erik" or "DJ Short-E" DBA Hot Forever), files this NOTICE to this court to state that he did nothing wrong and is being targeted by Defendants clients because for unlawful anti-competitive reasons. Plaintiff also believes he is being treated unfairly because he supports Donald Trump and alleges Defendants and his liberal rivals on the radio worked together to censor and silence the Plaintiff because he was posting and sharing conservative content. The Plaintiff used to support the Democratic party but that was until he realized that other Democrats who are also DJs were trying to destroy his career. This is why so many people are leaving the Democratic party. They sabotage their own and will do unethical things to get ahead.

     **The Plaintiff eventually saw that the Republican party stood more on God and moral values and did not try and use celebrities to brainwash him for votes. The older the Plaintiff got, the wiser he got and realized that the left was doing all the censoring and sabotaging and that is why others are leaving the party too. The Plaintiff is shocked that the Judge would allow innocent people to lose their livelihoods. The Judge can google "DJ mix" and see countless YouTube DJ's!**

*THIS CASE WAS DECIDED BASED ON <u>**POLITICS**</u> INSTEAD OF MERIT AND THE PLAINTIFF HAS*

*FILED PLENTY OF CIRCUMSTANTIAL EVIDENCE TO SHOW THAT YOUTUBE IS A CORRUPT COMPANY THAT MANIPULATES THE VIEWS AND NUMBERS AND DECEIVES THE PUBLIC AND THE JUDGE DOESN'T CARE?  TRULY SHOCKING, UNBELIEVABLE AND DISPICABLE! YOU HAVE NOT HEARD OR SEEN THE LAST OF THE PLAINTIFF. HE WILL PURSUE JUSTICE UNTIL THIS ISSUE IS SOLVED OR MILLIONS OF VOICES ARE, WILL OR CAN BE SILENCED FOR NO GOOD REASON!*

The Plaintiff Plans to file another lawsuit because Defendant's are violating his 1st Amendment Constitutional Rights and are showing bias based on his political affiliations and support for President Donald Trump. The effort to silence the Plaintiff and keep his down is truly astonishing for the world to see.

*/s/Erik Mishiyev*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 28th, 2025, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system. I declare under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed on April 28, 2025, at San Francisco, California.