# UNITED STATES DISTRICT COURT
## NORTHERN DISTRCIT OF CALIFORNIA

ERIK MISHIYEV DBA
HOT FOREVER ENTERTAINMENT

    Plaintiff,

v.

SUNDAR PICHAI AND
YOUTUBE, LLC.

    Defendants.
_____/

CASE NO: C 24-08661 WHA

## NOTICE FROM PLAINTIFF OF YOUTUBE HYPOCRISY AND LIES

    COMES NOW, The Plaintiff (or "Erik" or "DJ Short-E" DBA Hot Forever), files this NOTICE to this court to state that he did nothing wrong and is being targeted by Defendants for the reasons he's stated on the record. Plaintiff was posting content commonly found on Google and YouTube as seen by his competitors and rivals. Defendants are not allowing Plaintiff to become popular and the are a monopoly and not following their own terms and conditions and copyright policies (See Attached Exhibit)

Quote "YouTube does not review content ID disputes. The claimant now has 30 days to review your dispute. If they do not respond within 30 days, the claim will be released automatically".

YOUTUBE HAS CLEARLY FAILED TO RELEASE THE CLAIMS AND SO HAVE THEIR ASSOCIATES WHO HIJACKED PLAINTIFF'S CONTENT AND PLACED FRAUDULENT COPYRIGHT CLAIMS THAT GOT OVER 500 OF HIS OTHER VIDEOS TAKEN DOWN AND HIS CHANNELS DEMONITIZED AND TERMINATED AND HE HAS BEEN PUT IN A SHADOW BANNED AND CENSOR SUPRRSS LIST EVER SINCE! THIS IS CRIMINAL UNFAIR ACTIVIY IN THE PLAINTIFF'S OPINION!

**This court and YouTube both know it's been well over 30 days and this is unfair!**

**THIS COURT OR ANYONE ELSE WHO DOESN'T SEE THIS CLEAR AND COMMON-SENSE EVIDENCE SHOULD BE ASHAMED OF THEMSELVES! THE PLAINTIFF IS A GOOD HARD-WORKING PERSON AND DOES NOT DESERVE THIS TYPE OF DISCRIMINATION.**

05/25/2025 COPYRIGHT DISPUTE SCREEN SHOT FROM YOUTUBE



**THIS COURT OR ANYONE ELSE WHO DOESN'T SEE THIS CLEAR AND COMMON-SENSE EVIDENCE SHOULD BE ASHAMED OF THEMSELVES! THE PLAINTIFF IS A GOOD HARD-WORKING PERSON AND DOES NOT DESERVE THIS TYPE OF DISCRIMINATION.**